UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------x
TYLER PIRDY,

               Plaintiff,        STIPULATION OF DISMISSAL

    -against-

DIVERSIFIED ADJUSTMENT SERVICE,
INC.,                                 14 CV 220

               Defendant.
-----------------------------------x

    WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

    WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against DIVERSIFIED ADJUSTMENT SERVICE, INC., with prejudice and without costs to any party.

| TYLER PIRDY | DIVERSIFIED ADJUSTMENT SERVICE, INC. |
|---|---|
| _/s/_ | _/s/_ |
| LAW OFFICE OF KENNETH HILLER PLLC | ARTHUR SANDERS. ESQ. |
| 6000 North Bailey Avenue, Ste 1A | 30 South Main Street |
| Amherst, NY 14226 | New City, NY 10956 |
| Attorney for plaintiff | Attorney for defendants |